```
ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs
```

FILED
08 JAN 14 PM 2:55
CHAD W. WICKING
U.S. DISTRICT COURT
CALIFORNIA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI BEAURMAN-WHITE, etc. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | CV 08 - 0230 <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to <u>Civil</u> <u>L.R.</u> 3-16, the undersigned certifies that as of this date, other than the parties named in the Complaint, there is no such interest to report.

Dated: 12/12/07

BRAYTON✦PURCELL LLP

By: _____
David R. Donadio
Attorneys for Plaintiffs