ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI BEAURMAN-WHITE, etc. et al. ) | C08-230-EDL |
| ) | |
| Plaintiffs, ) | |
| ) | CONSENT TO PROCEED BEFORE A |
| vs. ) | UNITED STATES MAGISTRATE JUDGE |
| ) | |
| GENERAL ELECTRIC COMPANY, et ) | |
| al., ) | |
| Defendants. ) | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 22, 2008                    BRAYTON❖PURCELL LLP

                                                            /s/ *David R. Donadio*
                                      By:   _____
                                            David R. Donadio
                                            Attorneys for Plaintiffs