1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8              **THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  NAOMI BEAURMAN-WHITE, etc. et al.  )   C08-230-EDL
                                        )
13              Plaintiffs,              )
                                         )
14  vs.                                  )   CONSENT TO PROCEED BEFORE A
                                         )   UNITED STATES MAGISTRATE JUDGE
15  GENERAL ELECTRIC COMPANY, et        )
    al.,                                 )
16              Defendants.              )
                                         )
17                                       )
                                         )
18

19       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20  parties in the above-captioned civil matter hereby voluntarily consents to have a United States

21  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

22  the entry of a final judgment.

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1      Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 25, 2008            BRAYTON❖PURCELL LLP

                                                /s/ David R. Donadio

                                       By: _____
                                              David R. Donadio
                                              Attorneys for Plaintiffs

Dated: February 25, 2008            SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                                               /s/ Derek S. Johnson

                                            By: _____
                                              Derek S. Johnson
                                              Attorneys for Defendant
                                              GENERAL ELECTRIC COMPANY