ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI BEAURMAN-WHITE, etc. et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GENERAL ELECTRIC COMPANY, et ) <br> al., ) <br> Defendants. ) <br> ) <br> ) <br> ) | No. C08-230-EDL <br><br> JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed January 14, 2008, for the following good cause:

On February 19, 2008, Defendant GENERAL ELECTRIC COMPANY filed a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District. Defendant GENERAL ELECTRIC COMPANY has faxed counsel copy of a cover letter showing that this notice was mailed to the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407, said notice to the JPML from counsel being necessary to initiate the transfer process.

1  On July 29, 1991, the JPML entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The undersigned parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

It is likely the dates set forth in the *Case Management Scheduling Order* including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass **before** the Clerk of the JPML acts.

In addition, Defendant ELECTRIC BOAT CORPORATION has not filed an answer.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Case Management Scheduling Order* and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

///

K:\Injured\107348\Fed\FORM Stip stay or cont (b).wpd    2
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – C08-230-EDL

1  In the alternative, the parties hereby STIPULATE to and respectfully request that the
2  dates set forth in the *Case Management Scheduling Order* be vacated and continued pending the
3  outcome of the JPML's decision on the merits of the transfer.  Specifically, these deadlines in
4  this matter include the **April 1, 2008** Rule 26 deadline to meet and confer, and file Joint ADR
5  Certification, the **April 15, 2008** Deadline to complete Initial Disclosures,  the **April 15, 2008**
6  deadline to file the Joint Case Management Statement and the Case Management Conference
7  currently set for **April 22, 2008 .**

8  Dated: February 25, 2008                              BRAYTON❖PURCELL LLP

9                                                                              /s/  David R. Donadio

10                                                                     By: _____
                                                                              David R. Donadio
11                                                                        Attorneys for Plaintiffs

12  Dated: February 25, 2008                              SEDGWICK, DETERT, MORAN &
                                                                              ARNOLD, LLP
13
                                                                              /s/  Derek S. Johnson
14
                                                                     By: _____
15                                                                        Derek S. Johnson
                                                                              Attorneys for Defendant
16                                                                        GENERAL ELECTRIC COMPANY

17

18

19

20

21

22
   ////
23
   ////
24
   ////
25
   ////
26
   ////
27
   ////
28

K:\Injured\107348\Fed\FORM Stip stay or cont (b).wpd                       3
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  – C08-230-EDL

[PROPOSED] **ORDER TO STAY**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case Management Scheduling Order* filed January 14, 2008, are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

Dated: _____

_____ .
Elizabeth D. Laporte
United States Magistrate Judge

[PROPOSED *ALTERNATIVE*] **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case Management Scheduling Order* filed January 14, 2008, are hereby VACATED.   IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date after July 1, 2008 to wit:] _____, 2008;

2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date after July 1, 2008 to wit:] _____, 2008;

3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date after July 1, 2008 to wit:] _____, 2008; and,

4. The Case Management Conference is [set for a date after July 1, 2008 to wit:] _____, 2008; at 10:00 am, Courtroom "E", 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____

_____ .
Elizabeth D. Laporte
United States Magistrate Judge