UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAOMI BEAURMAN-WHITE, et al.,

       Plaintiffs,

    v.

GENERAL ELECTRIC COMPANY, et al.,

       Defendants.
_____/

No. C08-01368 EDL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

    IT IS SO ORDERED.

Dated: March 13, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge